CORNELIUS O'MARA, JR., an Infant, by CORNELIUS O'MARA, His Guardian ad Litem, Respondent, *v.* JESSIE G. MORGAN, Appellant.

*O'Hara* v. *Morgan,* 136 App. Div. 904, affirmed.
(Argued January 12, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a

new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Edwin Duffey* for appellant.

*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs;· no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.